UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRIKAA HOLLOWAY, <br><br> Plaintiff, <br><br> v. <br><br> PETROCHEM INSULATION, INC., <br><br> Defendant. | Case No. 19-cv-01483-EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING** <br><br> Docket No. 28 |

Plaintiff Afrikaa Holloway initiated this FCRA suit against Petrochem Insulation, Inc. on March 21, 2019. Ms. Holloway asserted the action on her own behalf and on behalf of a putative class. On September 24, 2019, the parties submitted a stipulation of dismissal to the Court. More specifically, the parties stipulated to a dismissal of Ms. Holloway's individual claims with prejudice and the putative class claims without prejudice. No class action has been certified in this case.

> Federal Rule of Civil Procedure Rule 23(e) requires the Court to review and approve a proposed voluntary dismissal, settlement, or other compromise of a certified class's claims. The Ninth Circuit has held that Rule 23(e) also applies to settlements before certification, but in a much lighter form that does not entail "the kind of substantive oversight required when reviewing a settlement binding upon the class." *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). Although there has been "some uncertainty" about whether this holding applies in the wake of the 2003 amendments to Rule 23(e), courts in this district continue to follow *Diaz* to evaluate the proposed settlement and dismissal of putative class claims.

*Dunn v. Teachers Ins. & Annuity Ass'n of Am.*, No. 13-cv-05456-HSG, 2016 U.S. Dist. LEXIS 4338, at *9 (N.D. Cal. Jan. 13, 2016).

Under *Diaz*, a court

> inquire[s] into possible prejudice from (1) class members' possible reliance on the filing of the action if they are likely to know of it either because of publicity or other circumstances, (2) lack of adequate time for class members to file other actions, because of a rapidly approaching statute of limitations, [and] (3) any settlement or concession of class interests made by the class representative or counsel in order to further their own interests.

*Diaz*, 876 F.2d at 1408. "If, after considering these factors, a district court concludes that there is a risk of prejudicial or unfair impacts from the pre-certification settlement of putative class claims, Diaz also held that district courts may require notice to putative class members." *Dunn*, 2016 U.S. Dist. LEXIS 4338, at *9.

The Court orders the parties to file supplemental briefs and/or evidence regarding the *Diaz* factors. The briefs shall include a description of all publicity concerning this case and its filing. Either cross-briefs or a joint brief shall be filed within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: September 25, 2019

_____
EDWARD M. CHEN
United States District Judge